■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERVEN THOMPSON, Appellant. [49 NYS3d 310]—Appeal by the defendant from a judgment of the County Court, Westchester County (Warhit, J.), rendered August 12, 2015, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was valid (*see People v Bryant*, 28 NY3d 1094 [2016]; *People v Sanders*, 25 NY3d 337 [2015]), and, under the circumstances of this case, encompasses his claim that the enhanced sentence was excessive (*see People v Perez*, 140 AD3d 799 [2016]; *People v Arrington*, 94 AD3d 903 [2012]). The defendant's general waiver of his right to appeal also precludes his challenge to the County Court's adverse suppression ruling (*see People v Sanders*, 25 NY3d at 342; *People v Kemp*, 94 NY2d 831, 833 [1999]). Dillon, J.P., Roman, Hinds-Radix and Duffy, JJ., concur.